49916, 49917. BROWN v. McNAIR (two cases).
49918. BROWN v. COLEMAN.

BELL, Chief Judge.

These denials of motions for summary judgments were appealed on an erroneous principle enunciated in *McKnight v. Guffin,* 118 Ga. App. 168 (4) (162 SE2d 743) which was repudiated in *Burnette Ford v. Hayes,* 124 Ga. App. 65 (183 SE2d 78). Thus material issues of fact exist in this case as to whether the vehicle involved was a family purpose car.

*Judgments affirmed. Quillian and Clark, JJ., concur.*

SUBMITTED NOVEMBER 4, 1974 — DECIDED FEBRUARY 7, 1975 — REHEARING DENIED FEBRUARY 20, 1975.

*Henning, Chambers & Mabry, Eugene P. Chambers, Jr., Peter K. Kintz,* for appellant.

*Charles A. Pemberton, Edward T. Floyd,* for appellees.